IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CARLINE CRAWFORD,

    Plaintiff,

v.                                          No. 04-2720-B/P

MUVICO THEATERS, INC.,

    Defendant.

## ORDER OF REFERENCE

Before the court is Plaintiff's Motion for Jury Trial filed on April 28, 2005.

This motion is referred to the United States Magistrate Judge for determination. Any objections to the magistrate judge's order shall be made within ten (10) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's order will constitute a waiver of that objection. See Rule 72(a), Federal Rules of Civil Procedure.

IT IS SO ORDERED this 9th day of May, 2005.

                                      J. DANIEL BREEN
                                      UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-10-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:04-CV-02720 was distributed by fax, mail, or direct printing on May 10, 2005 to the parties listed.

---

Carline Crawford
504 Haynes
Mphs, TN 38111

John W. Simmons
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Honorable J. Breen
US DISTRICT COURT