IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY utu D.C.

05 JUN -1 PM 5: 17

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| CARLINE CRAWFORD, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 04-2720-B/P |
| MUVICO THEATERS, INC., | * | |
| Defendant. | * | |

### ORDER GRANTING DEFENDANT MUVICO THEATERS, INC.'S MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S OBJECTION TO DEFENDANT'S OBJECTIONS TO THE MAGISTRATE JUDGE'S ORDER GRANTING PLAINTIFF'S MOTION FOR JURY TRIAL

Before the Court is the May 31, 2005 motion by Defendant Muvico Theaters, Inc. for leave to file a response to Plaintiff's pleading titled "I Plaintiff Carline Crawford, Object to Defendant Muvico Theaters Inc.'s Objection to Have My Motion for a Jury Trial Dismissed." For good cause shown, the motion is granted and the response attached to Defendant's motion for leave to file response shall be deemed filed as of the date of entry of this order.

IT IS SO ORDERED this 1st day of June, 2005.

/s/ J. Daniel Breen
Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-6-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:04-CV-02720 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

Carline Crawford
504 Haynes
Mphs, TN 38111

John W. Simmons
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Honorable J. Breen
US DISTRICT COURT