IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CARLINE CRAWFORD,

    Plaintiff,

v.                           No. 04-2720 B

MUVICO THEATERS, INC.,

    Defendant.

---

ORDER TO SHOW CAUSE WHY MOTION OF DEFENDANT
FOR SUMMARY JUDGMENT SHOULD NOT BE GRANTED

---

This lawsuit was brought by the pro se Plaintiff, Carline Crawford, on September 19, 2004. On August 9, 2005, the Defendant, Muvico Theaters, Inc., moved for summary judgment as to the Plaintiff's claims. To date, no response has been filed by the Plaintiff, even though the deadline for such response under the Local Rules of this district has passed. See LR7.2(a)(2) (responses to Rule 56 motions must be filed within 30 days of service of the motion).

Accordingly, as it appears to the Court that the Plaintiff has chosen not to pursue this action, she is ORDERED, within fifteen (15) days of the entry hereof, to show cause why the motion for summary judgment should not be granted. Failure of the Plaintiff to respond in a timely manner to this order may result in the granting of the motion and dismissal of her claims pursuant to Rule 41 of the Federal Rules of Civil Procedure.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-30-05

IT IS SO ORDERED this 29th day of September, 2005.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:04-CV-02720 was distributed by fax, mail, or direct printing on September 30, 2005 to the parties listed.

---

Carline Crawford
504 Haynes
Mphs, TN 38111

John W. Simmons
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Honorable J. Breen
US DISTRICT COURT