IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -1 PM 4: 29

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

CARLINE CRAWFORD,

    Plaintiff,

v.                                                                       No. 04-2720-B/P

MUVICO THEATERS, INC.,

    Defendant.

## ORDER OF REFERENCE

Before the court is Defendant Muvico Theaters, Inc.'s Motion to Strike Unsworn Statements and Affidavits Attached to Plaintiff's Response to Defendant's Motion for Summary Judgement and Portions of Plaintiff's Affidavit in Contradiction to her Deposition Testimony filed on October 27, 2005.

This motion is referred to the United States Magistrate Judge for determination. Any objections to the magistrate judge's order shall be made within ten (10) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's order will constitute a waiver of that objection. See Rule 72(a), Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 1st day of November, 2005.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-2-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:04-CV-02720 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

John W. Simmons
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Carline Crawford
504 Haynes
Mphs, TN 38111

Honorable J. Breen
US DISTRICT COURT