IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **CARLINE CRAWFORD,** | * | |
| Plaintiff, | * | |
| v. | * | Case No. 04-2720-B/P |
| **MUVICO THEATERS, INC.,** | * | |
| Defendant. | * | |

### ORDER GRANTING DEFENDANT MUVICO THEATERS, INC.'S MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Before the Court is the October 24, 2005 motion by Defendant Muvico Theaters, Inc. for leave to file a reply to Plaintiff's pleading titled "I Plaintiff Carline Crawford, Object to Defendant Muvico Theatres, Inc.'s Motion for Summary Judgment." For good cause shown, the motion is granted and Defendant has permission to file a reply within 10 days of the entry of this order.

IT IS SO ORDERED this 31st day of October, 2005.

_____
Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-2-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:04-CV-02720 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

John W. Simmons
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Carline Crawford
504 Haynes
Mphs, TN 38111

Honorable J. Breen
US DISTRICT COURT