IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -2 AM 6: 40

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

CAROLINE CRAWFORD,    )
                      )
        Plaintiff,    )
                      )
vs.                   )    CIV. NO. 04-2720-B/P
                      )
MUVICO THEATERS, INC.,)
                      )
        Defendant.    )
                      )

---

### ORDER TO SHOW CAUSE

---

Before the court is Defendant's Motion to Strike Unsworn Statements and Affidavits Attached to Planitiff's Response to Defendant's Motion for Summary Judgment and Portions of Plaintiff's Affidavit in Contradiction of her Deposition Testimony, filed October 27, 2005 (Dkt #31).    This matter was referred to the United States Magistrate Judge for determination.    Local Rule 7.2(a)(2) requires that

> the response to the motion and its supporting
> memorandum . . . shall be filed within fifteen
> days after service of the motion and shall be
> accompanied by a proposed order.   Failure to
> respond timely to any motion, other than one
> requesting dismissal of a claim or action, may
> be deemed good grounds for granting the
> motion.

The time for filing a response to Defendant's Motion to Strike has passed. Plaintiff is hereby ORDERED to show cause within eleven

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-2-05

36

(11) days from the date of this order why defendant's motion should not be granted.

     IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

December 1, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:04-CV-02720 was distributed by fax, mail, or direct printing on December 2, 2005 to the parties listed.

---

John W. Simmons
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Carline Crawford
504 Haynes
Mphs, TN 38111

Honorable J. Breen
US DISTRICT COURT